# EXHIBIT 3

S146268

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re SAMUEL ARREOLA on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED

MAR 21 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____
Chief Justice