Samuel Arreola C-94761
P.O.BOX 689-FW-107-L
Soledad, Ca. 93960

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Arreola )<br>Petitioner )<br> )<br>v. )<br> )<br>Ben Curry, Warden )<br>Respondent ) | Case No. CV 07-06326 CRB (PR) |

On April 18, 2008 this Court issued an Order to Show Cause. The Court gave respondent 60 days to show cause why the writ of habeas corpus should not be issued. Respondent filed a motion to dismiss on the grounds that the petition is barred by the one year statute of limitations.

Petitioner concedes he filed his petition beyond the one year statute of limitations. Therefore, he requests his petition be dismissed without prejudice until he exhaust again his state court remedies from the most recent parole consideration hearing.

Mr. Arreola served respondent with a copy of this document at the following address:

      Amber N. Wipfler
      Deputy Attorney General
      455 Golden Gate Avenue, Suite 11000
      San Francisco, Ca. 94102-7004

July 222, 2008

                                                                           Samuel Arreola

Samuel Arreola C-94761
P.O.BOX 689-FW-107-L
Soledad, Ca. 93960

SAN JOSE CA 951
24 JUL 2008 PM 5 T

CONFIDENTIAL LEGAL MAIL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, Ca. 94102

94102+3661

*[Signature]*
R. Aguirre 7/24/08

Case 3:07-cv-06326-CRB   Document 6   Filed 07/25/2008   Page 3 of 3