IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ARREOLA, )<br>        Petitioner, )<br>  vs. )<br>BEN CURRY, Warden, )<br>        Respondent. )<br>_____ ) | No. C 07-6326 CRB (PR)<br><br>ORDER GRANTING<br>MOTION TO DISMISS<br><br>(Doc # 5) |

Petitioner concedes that he filed the instant petition for a writ of habeas corpus challenging the California Board of Prison Terms' ("BPT") May 10, 2005 decision to deny him parole "beyond the one year statue of limitations." He requests that the petition be dismissed without prejudice to filing a new petition challenging his most recent denial of parole.

Respondent's motion (doc # 5) to dismiss the petition as untimely under 28 U.S.C. § 2244(d) is GRANTED. Petitioner is free to file a new petition challenging any parole denial subsequent to the May 10, 2005 denial.

The clerk shall enter judgment and close the file.

SO ORDERED.

DATED: July 31, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Arreola, S1.dismissal.wpd