IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL ARREOLA,                                             No. CV 07-06326 CRB ,

       Plaintiff,

  v.                                                                         **JUDGMENT IN A CIVIL CASE**

BEN CURRY, Warden

       Defendant.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant.

Dated: July 31, 2008                                        Richard W. Wieking, Clerk

                                                                  By: _____
                                                                  Deputy Clerk