UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ARREOLA,<br><br>          Plaintiff,<br><br>   v.<br><br>BEN CURRY et al,<br><br>          Defendant. | Case Number: CV07-06326 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Samuel Arreola C-94761
FW-107 L
P.O. Box 689
Soledad, CA 93960

Dated: July 31, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk